UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BRUCE D.,

     Plaintiff,　　　　　　　　　　　Case No. 3:25-cv-116

vs.

COMMISSIONER OF THE SOCIAL　　　District Judge Michael J. Newman
SECURITY ADMINISTRATION,　　　　Magistrate Judge Kimberly A. Jolson

     Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE (Doc. No. 15); (2) AFFIRMING THE ALJ'S
NON-DISABILITY FINDING; AND (3) TERMINATING THIS CASE ON THE
DOCKET**

---

This Social Security appeal is before the Court on the Report and Recommendation of United States Magistrate Judge Kimberly Jolson (Doc. No. 15), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Judge Jolson recommends that the Administrative Law Judge's ("ALJ's") non-disability finding be affirmed.  Plaintiff does not object to the Report and Recommendation, and the time for doing so has passed.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered all filings in this matter.  The Court concludes that the Report and Recommendation sets forth the applicable law and is well reasoned.  Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED**; (2) the ALJ's non-disability finding is **AFFIRMED**; and (3) this case is **TERMINATED** on the Court's docket.

     **IT IS SO ORDERED.**

March 31, 2026                    s/*Michael J. Newman*
                                  Hon. Michael J. Newman
                                  United States District Judge